# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| US COAL CORPORATION AND GRATIAN YATSEVITCH, III, | : | No. 44 WAL 2020 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRIAN RAY DINNING, STEPHEN DINNING, DAVID LYNN DINNING, D.L. DINNING CO., LLC, FBR CAPITAL MARKETS & CO., FBR & CO., AK COAL RESOURCES, INC., FORMERLY KNOWN AS SOLAR FUEL COMPANY, INC., AND AK STEEL CORPORATION, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.